IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF PENNSYLVANIA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> KATHY BOOCKVAR, in her Official Capacity as Secretary of the Commonwealth of Pennsylvania, *et al.*, <br><br> Defendants. | Civil Action No. 2:20-cv-03850-PBT |

### CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, counsel for Plaintiff League of Women Voters of Pennsylvania, certifies that:

1. The nongovernmental corporate party, Plaintiff League of Women Voters of Pennsylvania, in the above listed civil action does not have any parent corporation and no other publicly held corporation owns 10% or more of its stock.

Dated:  August 14, 2020          Respectfully submitted,

**MORGAN, LEWIS & BOCKIUS LLP**

*/s/ John P. Lavelle, Jr.*
John P. Lavelle Jr., PA ID# 54279
1701 Market Street
Philadelphia, PA 19103-2921
(215) 963-5000 (Telephone)
(215) 963-5001 (Facsimile)

*Attorney for Plaintiffs*