IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF PENNSYLVANIA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> KATHY BOOCKVAR, in her Official Capacity as Secretary of the Commonwealth of Pennsylvania, *et al.*, <br><br> Defendants. | Civil Action No. 2:20-cv-03850-PBT |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, counsel for Plaintiff Urban League of Greater Pittsburgh certifies that:

1. The nongovernmental corporate party, Plaintiff Urban League of Greater Pittsburgh, in the above listed civil action does not have any parent corporation and no other publicly held corporation owns 10% or more of its stock.

Date: August 14, 2020

Respectfully submitted,

**MORGAN, LEWIS & BOCKIUS LLP**

*/s/ John P. Lavelle, Jr.*
John P. Lavelle Jr., PA ID# 54279
1701 Market Street
Philadelphia, PA 19103-2921
(215) 963-5000 (Telephone)
(215) 963-5001 (Facsimile)

*Attorney for Plaintiffs*