IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LEAGUE OF WOMEN VOTERS OF PENNSYLVANIA, URBAN LEAGUE OF GREATER PITTSBURGH, AMY CAMPBELL, and WILLIAM GILLIGAN,**<br>　　　　　　　　　　Plaintiffs<br><br>　　　　v.<br><br>**KATHY BOOCKVAR, in her Official Capacity as Secretary of the Commonwealth of Pennsylvania,** *et al.*,<br>　　　　　　　　　　**Defendants** | No. 2:20-CV-3850<br><br>*Complaint Filed 8/7/20*<br><br>**Electronically Filed** |

## ENTRY OF APPEARANCE

Please enter my appearance as counsel for Defendants Kathy Boockvar and Jessica Mathis in the above-captioned matter.

　　　　　　　　　　　　　　　　　　By:　*/s/ Keli M. Neary*
　　　　　　　　　　　　　　　　　　　　　KELI M. NEARY
　　　　　　　　　　　　　　　　　　　　　Executive Deputy Attorney General
　　　　　　　　　　　　　　　　　　　　　Civil Law Division
　　　　　　　　　　　　　　　　　　　　　Pa. Bar # 205178

Office of Attorney General
Civil Law Division
15th Floor, Strawberry Square
Harrisburg, PA  17120
Phone: (717) 787-1180
kneary@attorneygeneral.gov

DATE:  August 24, 2020

## CERTIFICATE OF SERVICE

I, Keli M. Neary, Executive Deputy Attorney General, do hereby certify that I caused the foregoing **Entry of Appearance**, to be filed with the United States District Court for the Eastern District of Pennsylvania via the Court's CM/ECF system, which will provide electronic notice to all counsel and parties of record.

*/s/ Keli M. Neary*

KELI M. NEARY
Executive Deputy Attorney General

DATE:  August 24, 2020