# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LEAGUE OF WOMEN VOTERS OF PENNSYLVANIA, URBAN LEAGUE OF GREATER PITTSBURGH, AMY CAMPBELL, and WILLIAM GILLIGAN,**<br>　　　　　　　　　　**Plaintiffs**<br><br>v.<br><br>**KATHY BOOCKVAR, in her Official Capacity as Secretary of the Commonwealth of Pennsylvania, *et al.*,**<br>　　　　　　　　　　**Defendants** | No. 2:20-CV-3850<br><br>*Complaint Filed 8/7/20*<br><br>**Electronically Filed** |

## ENTRY OF APPEARANCE

Please enter my appearance as counsel for Defendants Kathy Boockvar and Jessica Mathis in the above-captioned matter.

　　　　　　　　　　　　　　　　　　　By:　*/s/ Stephen R. Kovatis*
　　　　　　　　　　　　　　　　　　　　　　STEPHEN R. KOVATIS
　　　　　　　　　　　　　　　　　　　　　　Senior Deputy Attorney General
　　　　　　　　　　　　　　　　　　　　　　Pa. Bar # 209495

Office of Attorney General
Litigation Section
The Phoenix Building
1600 Arch Street, Suite 300
Philadelphia, PA  19103
Phone: (215) 560-2940
skovatis@attorneygeneral.gov

DATE:  August 24, 2020

## CERTIFICATE OF SERVICE

I, Stephen R. Kovatis, Senior Deputy Attorney General, do hereby certify that I caused the foregoing **Entry of Appearance**, to be filed with the United States District Court for the Eastern District of Pennsylvania via the Court's CM/ECF system, which will provide electronic notice to all counsel and parties of record.

*/s/ Stephen R. Kovatis*

STEPHEN R. KOVATIS
Senior Deputy Attorney General

DATE:  August 24, 2020