# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LEAGUE OF WOMEN VOTERS OF PENNSYLVANIA, URBAN LEAGUE OF GREATER PITTSBURGH, AMY CAMPBELL, and WILLIAM GILLIGAN,**<br><br>Plaintiffs<br><br>v.<br><br>**KATHY BOOCKVAR, in her Official Capacity as Secretary of the Commonwealth of Pennsylvania,** *et al.*,<br>Defendants | No. 2:20-CV-3850<br><br>*Complaint Filed 8/7/20*<br><br>Electronically Filed |

## ENTRY OF APPEARANCE

Please enter my appearance as counsel for Defendants Kathy Boockvar and Jessica Mathis in the above-captioned matter.

                                            By:   */s/ Karen M. Romano*
                                                        KAREN M. ROMANO
                                                         Chief Deputy Attorney General
                                                         Chief, Litigation Section
                                                        Pa. Bar # 88848

Office of Attorney General
Litigation Section
15th Floor, Strawberry Square
Harrisburg, PA  17120
Phone: (717) 787-2717
kromano@attorneygeneral.gov

DATE:  August 24, 2020

## CERTIFICATE OF SERVICE

I, Karen M. Romano, Chief Deputy Attorney General, do hereby certify that I caused the foregoing **Entry of Appearance**, to be filed with the United States District Court for the Eastern District of Pennsylvania via the Court's CM/ECF system, which will provide electronic notice to all counsel and parties of record.

*/s/ Karen M. Romano*

KAREN M. ROMANO
Chief Deputy Attorney General

DATE:  August 24, 2020