**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF PENNSYLVANIA, et al, <br><br> Plaintiffs, <br><br> vs. <br><br> KATHY BOOCKVAR, et al. <br><br> Defendants. | CIVIL ACTION NO. 2:20-cv-03850-PBT |

**MOTION FOR ADMISSION *PRO HAC VICE* OF
SUSAN BAKER MANNING**

Pursuant to Local Rule of Civil Procedure 83.5.2(b), Plaintiffs, by and through their counsel, Morgan, Lewis & Bockius LLP, hereby move this Honorable Court to grant Susan Baker Manning permission to appear *pro hac vice* and participate as counsel or co-counsel for Plaintiffs for purposes of this action only, and in support thereof state as follows:

1. Susan Baker Manning is a partner and Senior Pro Bono Trial Attorney with the law firm of Morgan, Lewis & Bockius LLP, 1111 Pennsylvania Avenue, NW, Washington DC 20004-254l; Telephone: (202) 739-3000; Facsimile: (202) 739-3001; E-mail: susan.manning@morganlewis.com.

2. Susan Baker Manning is a member in good standing of the bars of the District of Columbia (DC Bar No. 499635; admitted 2006) and State of California (CA Bar No. 197350; admitted 1998). She is also admitted to and in good standing with the following courts:

- U.S. Supreme Court (2008);

- U.S. District Court for the Northern District of California (1998);

- U.S. District Court for the Central District of California (1999);

- U.S. District Court for the Eastern District of California (1999);

- U.S. District Court for the Southern District of California (2005);

- U.S. District Court for the Northern District of New York (2007);

- U.S. District Court for the Eastern District of Texas (2014);

- U.S. Court of Appeals for the First Circuit (2012);

- U.S. Court of Appeals for the Third Circuit (2019);

- U.S. Court of Appeals for the Fourth Circuit (2014);

- U.S. Court of Appeals for the Sixth Circuit (2014);

- U.S. Court of Appeals for the Seventh Circuit (2012);

- U.S. Court of Appeals for the Ninth Circuit (1998);

- U.S. Court of Appeals for the Tenth Circuit (2014);

- U.S. Court of Appeals for the District of Columbia Circuit (2005); and

- U.S. Court of Appeals for the Federal Circuit (2009).

3. Susan Baker Manning has never been suspended or disbarred by any court for which she has appeared.

4.       Plaintiffs have requested that Susan Baker Manning appear as counsel and as such has requested that she represent them in this case.

Dated:  August 25, 2020                     Respectfully submitted,

                                                MORGAN, LEWIS & BOCKIUS LLP

By: */s/John P. Lavelle, Jr.*
    John P. Lavelle, Jr.
    Morgan, Lewis & Bockius LLP
    1701 Market Street
    Philadelphia, PA  19103
    Telephone: (215) 963-5000
    Facsimile: (215) 963-5001
    E-mail:  john.lavelle@morganlewis.com

*Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      This is to certify that a copy of the foregoing has been sent this 25th day of August, 2020 to all counsel of record via the Court's ECF system.

                                            */s/John P. Lavelle, Jr.*
                                            John P. Lavelle, Jr.