IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF PENNSYLVANIA, et al, <br><br> Plaintiffs, <br><br> vs. <br><br> KATHY BOOCKVAR, et al. <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) <br> CIVIL ACTION NO. 2:20-cv-03850-PBT |

**CERTIFICATION IN SUPPORT OF MOTION
FOR ADMISSION *PRO HAC VICE* OF SUSAN BAKER MANNING**

I, SUSAN BAKER MANNING, being duly sworn and in support of a Motion for Admission *Pro Hac Vice* submitted on my behalf, state as follows:

1. I am a member in good standing of the bars of the District of Columbia, where I have been licensed to practice since 2006, and the State of California, where I have been licensed to practice since 1998. I have also been admitted to the U.S. Supreme Court (2008); U.S. District Court for the Northern District of California (1998); U.S. District Court for the Central District of California (1999); U.S. District Court for the Eastern District of California (1999); U.S. District Court for the Southern District of California (2005); U.S. District Court for the Northern District of New York (2007); U.S. District Court for the Eastern District of Texas (2014); U.S. Court of Appeals for the First Circuit (2012); U.S. Court of Appeals for the Third Circuit (2019); U.S. Court of Appeals for the Fourth Circuit (2014);  U.S. Court of Appeals for the Sixth Circuit (2014); U.S. Court of Appeals for the Seventh Circuit (2012); U.S. Court of Appeals for the Ninth Circuit (1998); U.S. Court of Appeals for the Tenth Circuit (2014); U.S. Court of Appeals for the District of

Columbia Circuit (2005); and U.S. Court of Appeals for the Federal Circuit (2009).

2. I am a partner and Senior Pro Bono Trial Attorney with the law firm Morgan Lewis & Bockius LLP, 1111 Pennsylvania Avenue, NW, Washington DC 20004-2541. I submit this affidavit in support of my application for admission to appear, *pro hac vice*, on behalf of Plaintiffs, in the above-captioned case which is currently pending in the United States District Court for the Eastern District of Pennsylvania.

3. In this matter, I am associated with John P. Lavelle, Jr., a partner at Morgan, Lewis & Bockius LLP, 1701 Market Street, Philadelphia, PA 19103-2921, who is a member in good standing of the bar of this Court.

4. Plaintiffs request that I appear as counsel and they have requested that I represent them in this case.

5. I declare that (i) I have read the most recent edition of the Pennsylvania Rules of Professional Conduct and Local Rules of this Court and (ii) I agree to be bound by both sets of Rules for the duration of the case for which my *pro hac vice* is sought.

6. If my *pro hac vice* status is granted, I will in good faith continue to advise counsel who has moved for my *pro hac vice* admission of the current status of this case for which my *pro hac vice* status has been granted and of all material developments therein.

7. I affirm under penalties for perjury that the foregoing representations are true and accurate to the best of my knowledge and belief.

Dated: August 17, 2020

Respectfully submitted,

_____
Susan Baker Manning