IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF PENNSYLVANIA, et al, <br><br> Plaintiffs, <br><br> vs. <br><br> KATHY BOOCKVAR, et al. <br><br> Defendants. | CIVIL ACTION NO. 2:20-cv-03850-PBT |

**ORDER ON MOTION FOR ADMISSION**
*PRO HAC VICE* **OF SUSAN BAKER MANNING**

**AND NOW,** this _____ day of _____, 2020, upon consideration of the Motion of Plaintiffs for the Admission *Pro Hac Vice* of Susan Baker Manning, it is hereby **ORDERED** THAT the Motion is **GRANTED** and Susan Baker Manning is hereby admitted to practice before this Court *pro hac vice* as co-counsel or counsel on behalf of Plaintiffs.

BY THE COURT:

_____

Hon. Petrese B. Tucker