# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF PENNSYLVANIA, et al,<br><br>Plaintiffs,<br><br>vs.<br><br>KATHY BOOCKVAR, et al.<br><br>Defendants. | CIVIL ACTION NO. 2:20-cv-03850-PBT |

**DECLARATION OF JOHN P. LAVELLE, JR. REGARDING SERVICE OF PROCESS UPON THE BUCKS COUNTY BOARD OF ELECTIONS AND BOARD OF ELECTIONS MEMBERS DIANE M. ELLIS-MARSEGLIA, GENE DiGIROLAMO, AND BRIAN T. McGUFFIN**

I, JOHN P. LAVELLE, JR., being duly sworn, state as follows:

1. I am an attorney admitted to practice law in the Commonwealth of Pennsylvania. I am a partner with Morgan, Lewis & Bockius LLP, counsel of record for the plaintiffs in this action, League of Women Voters of Pennsylvania, Urban League of Greater Pittsburgh, Amy Campbell, and William Gilligan. I submit this declaration pursuant to Federal Rule of Civil Procedure 4(*l*)(1) attesting to proof of service of the complaint and summons in this action upon the Bucks County Board of Elections and Bucks County Board of Elections Members Diane M. Ellis-Marseglia, Gene DiGirolamo, and Brian T. McGuffin ("Board Members Ellis-Marseglia, DiGirolamo, and McGuffin"). I have personal knowledge of the facts set forth in this declaration and would competently testify to them if called upon to do so. Service of process of the summons and complaint was completed on defendants Bucks County Board of Elections and Board Members Ellis-Marseglia, DiGirolamo, and McGuffin on August 25, 2020, as described herein.

2. On August 13, 2020, I emailed Joseph Khan, County Solicitor for Bucks County, inquiring as to whether the Bucks County Board of Elections and Board Members Ellis-Marseglia, DiGirolamo, and McGuffin would be willing to accept service of the complaint and summons in this action via email. I attached copies of the complaint and summons to my email. Mr. Khan and I discussed service and other matters relating to this action during a telephone call on August 25, 2020. During that call, Mr. Khan agreed to accept service of the complaint and summons via email on behalf of the Bucks County Board of Elections and Board Members Ellis-Marseglia, DiGirolamo, and McGuffin. Later that day, I sent an email to Mr. Khan confirming this service agreement in which I attached additional copies of the complaint and summons.

3. I affirm under penalties for perjury that the foregoing representations are true and accurate to the best of my knowledge and belief.

Dated: August 26, 2020

Respectfully submitted,

_____
John P. Lavelle, Jr.