IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF PENNSYLVANIA *et al.*, | ) ) ) |
| Plaintiffs, | ) Civil Action No.: 2-20-CV-03850 ) ) |
| v. | ) Judge Petrese B. Tucker ) |
| KATHY BOOCKVAR *et al.*, | ) ) ) |
| Defendants. | ) |

### THE REPUBLICAN COMMITTEES' MOTION TO INTERVENE

Intervenor-Defendants Donald J. Trump for President, Inc., the Republican Party of Pennsylvania, the Republican National Committee, and the National Republican Congressional Committee (collectively, the "Republican Committees"), by and through their undersigned counsel, respectfully request, pursuant to Rule 24 of the Federal Rules of Civil Procedure, to intervene as defendants in the above-captioned proceeding for the purpose of participating in the disposition of the proceeding. In support of this Motion, the Republican Committees submit the accompanying Memorandum of Law. Additionally, Republican Committees attach as **Exhibit 1** the Answer and Affirmative Defenses they would file if permitted to intervene in this matter.

WHEREFORE, the Republican Committees respectfully request that the Court GRANT this motion and permit the Republican Committees to intervene as defendants in this proceeding.

Dated:  September 1, 2020                    Respectfully submitted,

/s/ *Kathleen A. Gallagher*
Kathleen A. Gallagher (PA #37950)
Ronald L. Hicks, Jr. (PA #49520)
Russell D. Giancola (PA #200058) *
PORTER WRIGHT MORRIS & ARTHUR LLP
6 PPG Place, Third Floor
Pittsburgh, PA 15222 / (412) 235-4500
kgallagher@porterwright.com
rhicks@porterwright.com
rgiancola@porterwright.com

John M. Gore *
E. Stewart Crosland *
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001 / Phone: (202) 879-3939
jmgore@jonesday.com
scrosland@jonesday.com

*Counsel for Proposed Intervenor-Defendants
Donald J. Trump for President, Inc.,
the Republican Party of Pennsylvania,
the Republican National Committee, and
the National Republican Congressional Committee*

*Pro hac vice motion forthcoming

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF PENNSYLVANIA, *et al.*, | ) ) ) Civil Action No.: 2-20-CV-03850 |
| Plaintiffs, | ) ) |
| v. | ) Judge Petrese B. Tucker ) |
| KATHY BOOCKVAR, *et al.*, | ) ) |
| Defendants. | ) |

**[PROPOSED] ORDER**

AND NOW, this _____ day of _____, 2020, upon consideration of the Motion to Intervene filed by Donald J. Trump for President, Inc., the Republican National Committee, the Republican Party of Pennsylvania, and the National Republican Congressional Committee (collectively, the "Republican Committees"), it is hereby ORDERED, ADJUDGED, and DECREED that the Motion is GRANTED. The Republican Committees are permitted to intervene in this matter as defendants, and shall file their Answer and Affirmative Defenses within five (5) days of the date of this Order.

                                                                                                                                                 _____
                                                         Honorable Petrese B. Tucker
                                                         United States District Judge