# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LEAGUE OF WOMEN VOTERS OF PENNSYLVANIA, et al., | : : : | |
| Plaintiffs, | : : | CIVIL ACTION |
| v. | : : | NO. 20-3850 |
| KATHY BOOCKVAR, et al., | : : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 10th day of September 2020, upon consideration of Defendants Kathy Boockvar and Jessica Mathis's Agreed Motion for Extension of Time to Respond to Plaintiffs' Complaint, **IT IS HEREBY ORDERED** that the Motion is **GRANTED**. The deadline for Defendants Kathy Boockvar and Jessica Mathis to file a responsive pleading to Plaintiffs' Complaint is extended through and including September 10, 2020.

BY THE COURT:

/s/ Petrese B. Tucker
_____
**Hon. Petrese B. Tucker, U.S.D.J.**