

September 10, 2020

**VIA ECF**

Honorable Petrese B. Tucker
U.S. District Court for the Eastern District of Pennsylvania
James A. Byrne U.S. Courthouse
601 Market Street
Room 16613
Philadelphia, PA 19106

      Re:   League of Women Voters of Pennsylvania, et al. v. Boockvar, et al. –
              No. 20-CV-3850

Dear Judge Tucker:

      Earlier this afternoon your Honor granted Defendants Kathy Boockvar and Jessica Mathis's unopposed motion to enlarge the deadline to respond to the complaint until September 10. (ECF No. 33.) I write to respectfully request a second modest extension of time to object to, respond to, move, or otherwise answer Plaintiffs League of Women Voters of Pennsylvania, Urban League of Greater Pittsburgh, Amy Campbell, and William Gilligan's (collectively, "Plaintiffs") Complaint (ECF No. 1) up to and including September 15, 2020.

      This request is not made for delay but rather to permit the parties additional time to confer in furtherance of efforts to narrow the issues in dispute. John Lavelle, counsel for Plaintiffs, agrees with the relief requested herein.

                                                          Respectfully,

                                                            Daniel T. Brier

DTB:cak
cc:   John P. Lavelle, Jr., Esquire (via electronic mail)

425 Spruce Street | Suite 200 | Scranton, PA 18503 | p (570) 342-6100 | f (570) 342-6147
240 North Third Street | 5th Floor | Harrisburg, PA 17101 | p (717) 553-6251
www.mbklaw.com