**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF PENNSYLVANIA, URBAN LEAGUE OF GREATER PITTSBURGH, AMY CAMPBELL, and WILLIAM GILLIGAN,<br><br>                    Plaintiffs,<br><br>v.<br><br>KATHY BOOCKVAR, in her Official Capacity as Secretary of the Commonwealth of Pennsylvania, JESSICA MATHIS, in her Official Capacity as the Director of the Bureau of Election Services and Notaries, ALLEGHENY COUNTY BOARD OF ELECTIONS, BUCKS COUNTY BOARD OF ELECTIONS, PHILADELPHIA COUNTY BOARD OF ELECTIONS, RICH FITZGERALD, in his official capacity as member of the Allegheny County Board of Elections, SAMUEL  DeMARCO III, in his official capacity as member of the Allegheny County Board of Elections, BETHANY HALLAM, in her official capacity as member of the Allegheny County Board of Elections, DIANE M. ELLIS-MARSEGLIA, in her official capacity as member of the Bucks County Board of Elections, GENE DiGIROLAMO, in his official capacity as member of the Bucks County Board of Elections, BRIAN T. McGUFFIN, in his official capacity as member of the Bucks County Board of Elections, AL SCHMIDT, in his official capacity as member of the Philadelphia County Board of Elections, LISA M. DEELEY, in her official capacity as member of the Philadelphia County Board of Elections, OMAR SABIR, in his official capacity as member of the Philadelphia County Board of Elections,<br><br>                    Defendants. | Civil Action No. 2:20-cv-03850-PBT |

**<u>NOTICE OF DISMISSAL PURSUANT TO FED.R.CIV.P. 41(a)(1)(A)(i)</u>**

In light of the issuance of Guidance by the Secretary of the Commonwealth on September 11, 2020 recognizing and advising County Boards of Election that "The Pennsylvania Election Code does not authorize the county board of elections to set aside returned absentee or mail-in ballots based solely on signature analysis by the county board of elections", Plaintiffs hereby dismiss this action pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i).  As of the time of this filing, no defendant has filed either an answer or a motion for summary judgment.

September 14, 2020

Respectfully submitted,

Mark P. Gaber*
Danielle M. Lang*
Ravi Doshi*
Jonathan M. Diaz*
Caleb Jackson*
CAMPAIGN LEGAL CENTER
1101 14th St. NW, Ste. 400
Washington, DC 20005
(202) 736-2200
mgaber@ccampaignlegal.org
dlang@campaignlegal.org
rdoshi@campaignlegal.org
jdiaz@campaignlegal.org
cjackson@campaignlegal.org

*Admitted *Pro Hac Vice*

/s/ John P. Lavelle, Jr.
John P. Lavelle, Jr. (PA Bar# 54279)
Rachel Jaffe Mauceri (PA Bar# 209823)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market St.
Philadelphia, PA 19103
(215) 963-5000
john.lavelle@morganlewis.com
rachel.mauceri@morganlewis.com

Susan Baker Manning*
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Ave. NW
Washington, DC 20004
(202) 739-6000
susan.manning@morganlewis.com

Corey R. Houmand*
MORGAN, LEWIS & BOCKIUS LLP
1400 Page Mill Road
Palo Alto, CA 94304
(650) 843-4000
corey.houmand@morganlewis.com

Chris Miller*
MORGAN, LEWIS & BOCKIUS LLP
101 Park Ave.
New York, NY 10178
(212) 309-6000
chris.miller@morganlewis.com

*Counsel for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 14, 2020, a copy of the Notice of Dismissal Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) was filed electronically and served upon all counsel of record via the Court's ECF system.

*/s/ John P. Lavelle, Jr.*
John P. Lavelle, Jr.