# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LEAGUE OF WOMEN VOTERS OF PENNSYLVANIA, et al.,** | : | |
| | : | |
| Plaintiffs, | : | |
| | : | **CIVIL ACTION** |
| v. | : | |
| | : | **NO. 20-3850** |
| **KATHY BOOCKVAR, ET AL.,** | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this \_\_\_\_16th\_\_\_ day of October 2020, upon consideration of Plaintiffs' Notice of Voluntary Dismissal (ECF 39), **IT IS HEREBY ORDERED AND DECREED** that the above-captioned matter shall be **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

**IT IS FURTHER ORDERED** that the Motion to Intervene filed by Donald Trump for President, Inc., et al (ECF 26) is **DENIED** as moot per this Order. The Clerk of Court shall mark this case as **CLOSED** for statistical purposes.

**BY THE COURT**:

**/s/ Petrese B. Tucker**

_____
**Hon. Petrese B. Tucker, U.S.D.J.**